**Order entered June 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00344-CV

## IN RE PRICE DRILLING RIG NO. 5 COMPANY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16505**

## ORDER
Before Justices Bridges, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.

/s/  CORY L. CARLYLE
   JUSTICE